UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-120 RHK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| TAMARA DOWNS, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 30th day of March, 2004.

J Earl Cudd
UNITED STATES MAGISTRATE JUDGE

MAR 31 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK